# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BERLENA SHEFFIELD,**

    **Plaintiff,**

v.                                                                                           Case No: 6:17-cv-273-Orl-37KRS

**RODRIGUEZ GREENE, KAREN RAINFORD AKINPELU, VICKIE DYANNE ALVES and CHRISTINA DALY,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION TO COMPEL DEPOSITIONS OR, IN THE ALTERNATIVE, MOTION TO STRIKE EXPERT WITNESSES (Doc. No. 124)** |
| **FILED:** | **January 10, 2018** |

**THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**.

Pursuant to the information provided by counsel (Doc. No. 123), it is **ORDERED** as follows: (1) the deposition of Dr. Raymond Pitetti shall be conducted on January 22, 2018 in Pennsylvania, at a time and place designated by counsel that is agreeable with Dr. Pitetti; (2) the deposition of Dr. Lisa Nigrovic shall be conducted the morning of January 17, 2018 in Massachusetts at a time and place agreeable to Dr. Nigrovic; and (3) the deposition of Dr. Wendy Chabot shall be conducted in Massachusetts on January 30, 2018 at a time and place agreeable to Dr. Chabot. As Attorney

Bonderud is unavailable to attend Dr. Chabot's deposition on January 30, one of his co-counsel shall attend in his place.

As to Plaintiff's objection to Defendants' inclusion of a *duces tecum* for the depositions of her expert witnesses, Plaintiff is correct that it is improper to notice expert witnesses for deposition, as experts are nonparties who require subpoenas. *See Karakis v. Foreva Jens Inc.*, No. 08-61470-CIV, 2009 WL 113456, at *2 (S.D. Fla. Jan. 19, 2009). Accordingly, because the expert witnesses have agreed to the dates for their respective depositions, the 14-day notice requirement under Local Rule 3.02 is waived; however counsel for Defendants may not require Drs. Nigrovic or Chabot to produce any documents other than the documents containing the "facts and data considered by the witness in forming [her opinions]," as required by Rule 26(a)(2)(B)(ii) (which does not include trial preparation material described in Rule 26(b)(4)). It is **ORDERED** that Dr. Nigrovic and Dr. Chabot shall produce documents containing the "facts and data considered by the witness in forming [her opinions]," as required by Rule 26(a)(2)(B)(ii) (which does not include trial preparation material described in Rule 26(b)(4)) at the beginning of her deposition.

Counsel for the party taking the deposition shall provide a copy of this Order to the experts being deposed along with a written notice of the agreed place and time of each deposition.

The alternative request to strike the expert witnesses because they are not available to be deposed is moot.

**DONE** and **ORDERED** in Orlando, Florida on January 12, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE